1  Richard Hoffman (Bar No. 076799)
   Paul J. Byrne (Bar No. 190860)
2  **NIXON PEABODY LLP**
3  Two Embarcadero Center
   San Francisco, CA 94111-3996
4  Telephone: (415).984-8276
   Facsimile: (415).984-8300
5
6  Roger E. Warin
   Antonia Ianniello
7  David F. Rifkind
   **STEPTOE & JOHNSON LLP**
8  1330 Connecticut Avenue, NW
   Washington, DC 20036
9  Telephone: (202) 429-3000
   Facsimile: (202) 429-3902
10
   Attorneys for Defendant
11

12            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13                SAN FRANCISCO DIVISION

14  RADIAN, INTERNATIONAL, LLC,          ) Case No.: C 04-4537 SC
15                                       )
              Plaintiff,                 )
16                                       ) **STIPULATION FOR ORDER STAYING**
                                         ) **DISCOVERY**
17       v.                              )
                                         )
18  ALPINA INSURANCE COMPANY,            )
                                         )
19            Defendant.                 )
20  _____  )

21
         IT IS HEREBY STIPULATED, pursuant to Local Rule 7-12, by and between the
22
   undersigned parties that all discovery in the above captioned action is hereby stayed until the
23
   June 24, 2005 hearing before the Court on Defendant's Motions to Dismiss and to Stay
24
25 Discovery. This stay applies to any and all discovery including, but not limited to, Radian's

26 Notice of Deposition to Zurich Insurance Company Pursuant to Rule 30(b)(6), the attached
27
28 _____

                    **Joint Stipulation for Order Staying Discovery**
                                  **C04-4537 SC**

Requests for Production of Documents, Records and Other Materials, and Radian's First Set of Interrogatories to Zurich Insurance Company ("Pending Discovery").

Defendant reserves any and all rights to argue that the Motion to Stay All Discovery until the Court rules on Defendants' Motion to Dismiss should be granted and plaintiff reserves the right to oppose that Motion.

This Stipulation does not waive any objections that Defendant Alpina Insurance Company or Zurich Insurance Company have to Radian's Pending Discovery and all such objections by Alpina Insurance Company or Zurich Insurance Company are fully preserved.

Dated this _6TH_ day of June, 2005

BY: _____

Peter K. Rosen (Bar No. 82725)
**LATHAM & WATKINS**
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Darius Ogloza (Bar No. 176983)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys For Plaintiff

By: _____

Richard Hoffman (Bar No. 076799)
Paul J. Byrne (Bar No. 190860)
**NIXON PEABODY LLP**
Two Embarcadero Center
San Francisco, CA 94111-3996
Telephone: (415).984-8276
Facsimile: (415).984-8300

Roger E. Warin
Antonia Ianniello
David F. Rifkind
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Attorneys for Defendant

IT IS SO ORDERED
Senior Judge Samuel Conti
6/8/05

2

**Joint Stipulation for Order Staying Discovery**
**C04-4537 SC**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3                                 _____
                                  U.S. District Judge
4

5  Date: _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                         3
28 _____

**Joint Stipulation for Order Staying Discovery**
**CO4-4537 SC**

## PROOF OF SERVICE

**CASE NAME:** Radian International, LLC v. Alpina Insurance Company.
**COURT:** U.S.D.C., N.D. of CA, San Francisco Division
**CASE NO.:** C04-4537 SC
**NP FILE:** 082252.550218

  I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On June 7, 2005, I served the following document(s):

  1.  **Stipulation for Order Staying Discovery**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 __X__ : <u>By Facsimile</u> — From facsimile number (415) 984-8300, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

<u>Addressee(s)</u>

**Peter K. Rosen, Esq.**
**Latham & Watkins LLP**
**633 West 5th Street, Suite 4000**
**Los Angeles, CA 90071-2007**
**Telephone: (213) 485-1234**
**Facsimile: (213) 891-8763**

  I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2005, at San Francisco, California.

                 */s/ Carolyn Wilson*
                 Carolyn Wilson

S475240.1